UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LAKE TAHOE UNIFIED SCHOOL DISTRICT, a political subdivision of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>FIELDTURF USA, INC., a Florida corporation; FIELDTURF, INC., a Canadian corporation; FIELDTURF TARKETT SAS, a French corporation,<br><br>Defendants. | Case No. 2:17-cv-00405-WBS-CKD<br><br>**ORDER STAYING ACTION PENDING JPML DECISION**<br><br>[Filed Concurrently With Stipulation To Extend Time to Respond to Initial Complaint and To Stay Proceedings] |

Pursuant to L.R. 143(b) upon consideration of the Parties' Stipulation to Stay Action Pending a Ruling by the JPML:

1. This action is STAYED pending the decision of the JPML on Plaintiff's Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407 in *In re Artificial Turf Marketing and Sales Practices Litigation*, MDL No. 2779, including (a) Defendants' obligation to respond to the Complaint until 30 days after the JPML decides whether to include this case in any centralized proceedings under 28 U.S.C. § 1407; and (b) all current deadlines.

/ / /

/ / /

/ / /

ROBERTSON
& ASSOCIATES, LLP

23143.1

2. Should the JPML deny Plaintiff's Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407, Defendants' response shall be due thirty (30) after that Order.

IT IS SO ORDERED.

Dated: April 13, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2050 Main Street, Suite 600, Irvine, CA 92614.

On **April 13, 2017**, I served true copies of the following document(s) described as **[PROPOSED] ORDER STAYING ACTION PENDING JPML DECISION** on the interested parties in this action as follows:

| | |
|---|---|
| Alexander Robertson, IV, Esq.<br>Mark J. Uyeno, Esq.<br>ROBERTSON & ASSOCIATES, LLP<br>32121 Lindero Canyon Road, Suite 200<br>Westlake Village, California 91361<br>Tel: (818)851-3850/Fax: (818)851-3851<br>Email: arobertson@arobertsonlaw.com<br>Email: muyeno@arobertsonlaw.com<br>Attorneys for Plaintiff,<br>LAKE TAHOE UNIFIED SCHOOL DISTRICT | Daniel K. Bryson, Esq. (Pro Hac Vice)<br>Patrick M. Wallace, Esq. ( Pro Hac Vice)<br>WHITFIELD BRYSON & MASON<br>900 W. Morgan Street<br>Raleigh, North Carolina 27609<br>Tel: (919)600-5000/Fax: (919)600-5035<br>Email: dan@wbmllp.com<br>Email: pat@wbmllp.com<br>Attorneys for Plaintiff,<br>LAKE TAHOE UNIFIED SCHOOL DISTRICT |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 13, 2017**, at Irvine, California.

*/s/ Jennifer J. Vogel*
JENNIFER J. VOGEL

ROBERTSON
& ASSOCIATES, LLP

23143.1